

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00767-CR

**IN RE Robert MARTINEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 13, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on November 20, 2017, complaining that the trial court had not ruled on his "Motion to Compel State Court Appointed Attorney (Yolanda T. Huff) to Return Defendant's Files With Notice of Yolanda T. Huff's Repeated Made [sic] Material Misrepresentation."  The trial court ruled on the motion on December 4, 2017; therefore, relator's petition for writ of mandamus is moot.

Accordingly, this original mandamus proceeding is dismissed as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2013CR6698, styled *State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.